# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Logo Brands, Inc.

                      Plaintiff,

v.                                   Case No.: 3:23−cv−01001

Twenty−Six Designs, LLC

                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/6/2024 re [32].

                                                            Lynda M. Hill
                                                  s/ Kim Chastain, Deputy Clerk